RANDAL R. LEONARD, ESQ.
Nevada Bar No. 6716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667/ office
(702) 598-3926/ facsimile
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

VICTOR BANUETT, an individual,
Plaintiff,
vs.
FITNESS ALLIANCE, LLC, a Nevada Limited-Liability Company (dba Gold's Gym); DOE Individuals 1-10 and ROE CORPORATIONS 1-10, inclusive,

Defendants.
Case No.: 2:16-cv-02732-APG-CWH

---

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO ENFORCE SETTLEMENT AND DISMISS CASE WITH PREJUDICE**
**(First Request)**

COMES NOW, Randal R. Leonard, Esq., attorney for Plaintiff and Wendy Medura Krincek, Esq. and Z. Kathryn Branson, Esq., attorneys for the Defendant, and hereby stipulate to allow the Plaintiff until January 25, 2017 to submit a response to Defendant's Motion to Enforce Settlement and Dismiss Case With Prejudice (ECF No. 10). The Motion was filed on December 28, 2017 and Plaintiff's response is currently due January 11, 2017. The parties have agreed to this extension

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

/ / /

because Plaintiff's counsel is in the middle of preparation for a trial in another matter and the trial is

scheduled for Tuesday January 17, 2017.  This request is made in good faith and not for delay

purposes.

Dated:  January 11, 2017.                    Dated:  January 11, 2017.

Respectfully submitted,                      Respectfully submitted,

_/s/Randal R. Leonard, Esq._____            /s/Z. Kathryn Branson, Esq._____
RANDAL R. LEONARD, ESQ.                       WENDY MEDURA KRINCEK, ESQ.
                                              Z. KATHRYN BRANSON, ESQ.
Attorney for Plaintiff                        LITTLER MENDELSON, P.C.
VICTOR BANUETT
                                              Attorneys for Defendant
                                              FITNESS ALLIANCE, LLC

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: January 12, 2017.

2