WENDY M. KRINCEK, ESQ., Bar # 06417
Z. KATHRYN BRANSON, ESQ., Bar #11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
FITNESS ALLIANCE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR BANUETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FITNESS ALLIANCE, LLC, a Nevada Limited-Liability Company (dba Gold's Gym); DOE Individuals 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02732-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff VICTOR BANUETT ("Plaintiff") and Defendant FITNESS ALLIANCE, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees incurred through to the date of filing this stipulation.

Dated: January 22, 2017

Respectfully submitted,

_____
RANDAL R. LEONARD, ESQ.

Attorney for Plaintiff
VICTOR BANUETT

Dated: January 23, 2017

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
FITNESS ALLIANCE, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/25/2018

Firmwide:152325155.1 081134.1008

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.